UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
PATRICIA S. GARDINER,               )
                                    )
       Plaintiff,                   )
                                    )
   v.                               )    C.A. No. 14-482-S
                                    )
CAROLYN COLVIN, COMMISSIONER        )
OF THE SOCIAL SECURITY              )
ADMINISTRATION,                     )
                                    )
       Defendant.                   )
_____ )

**ORDER**

On August 20, 2015, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R") in the above-captioned matter (ECF No. 11) recommending that the Commissioner's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 10) be granted, and that Plaintiff's Motion to Reverse with a Remand for Rehearing of the Commissioner's Final Decision (ECF No. 8) be denied. No objections to the R&R were filed, and the time for doing so has passed. Because this Court agrees with Judge Almond's analysis, the R&R is hereby ADOPTED pursuant to Title 28 U.S.C. § 636(b)(1). Accordingly, the Commissioner's Motion for an Order Affirming the Decision of the Commissioner is hereby GRANTED, and Plaintiff's Motion to Reverse with a Remand

for Rehearing of the Commissioner's Final Decision is DENIED.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
Chief Judge
Date:  October 27, 2015